UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VADIM IAKOVLEV,

Petitioner,

v.

FERETI SEMAIA ET AL.,

Respondent.

Case No. 5:26-cv-01150-SVW-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DENYING** the Petition and **DECLARING** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead was detained pursuant to 8 U.S.C. § 1226(a).

Dated: October 29, 2026

STEPHEN V. WILSON
United States District Judge