JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM IAKOVLEV,<br>Petitioner,<br>v.<br>FERETI SEMAIA ET AL.,<br>Respondent. | Case No. 5:26-cv-01150-SVW-MAR<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **IT IS DENIED.** It is declared that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead was detained pursuant to 8 U.S.C. § 1226(a).

Dated: October 29, 2026

STEPHEN V. WILSON
United States District Judge